UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14009-TP-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD WAYNE MCKINNEY,

    Defendant.
_____/

FILED by _____ D.C.
JUL 17 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATION NUMBERS 3 and 4 AS SET FORTH IN THE
PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**

**THIS CAUSE** having come before the Court for a final hearing on July 14, 2017, in respect to the pending Petition Alleging Violations of Supervised Release [D.E. 2] ("Petition"),[1] and this Court having convened a hearing, now recommends to the District Court as follows:

    1. The Defendant appeared before this Court on July 14, 2017 for a final hearing in respect to the Petition, which alleges the following violations of supervised release:

| **Violation Number 1** | **New criminal conduct, Sale or Delivery of Oxycodone, occurring on December 4, 2012, while on supervision in violation of the conditions of supervision:** On |

---

[1] This case was transferred from the United States District Court for the Middle District of Florida on December 12, 2013 [D.E. 1]. On June 9, 2014, copies of relevant documents, including Probation's Petition for Warrant for Offender Under Supervised Release, were received from the Middle District [D.E. 2]. The Petition was originally filed on January 4, 2013 in the Middle District in case number 01-CR-00117-MMH at Docket Entry 40. A warrant was issued by United States District Judge Marcia Morales Howard on the same date.

|  |  |
|---|---|
|  | December 4, 2012, the defendant sold 5 Oxycodone tablets for $20.00 to an undercover St. Lucie County Sheriff's deputy. As a result, he was placed under arrest for the offense under St. Lucie County Circuit Court Docket No. 2012-CF-003613. |
| **Violation Number 2** | **New criminal conduct, Dispensing of Prescription Medication Without a License, occurring on December 4, 2012, while on supervision in violation of the conditions of supervision**: On December 4, 2012, the defendant dispensed oxycodone tablets without a license. As a result, he was placed under arrest for the offense under St. Lucie County Circuit Court Docket No. 2012-CF-003613. |
| **Violation Number 3** | **New criminal conduct, Sale or Delivery of Oxycodone, occurring on December 4, 2012, while on supervision in violation of the conditions of supervision**: On December 4, 2012, the defendant sold two Morphine tablets for $150.00 to an undercover St. Lucie County Sheriff's deputy. As a result, he was placed under arrest for the offense under St. Lucie County Circuit Court Docket No. 2012-CF-003612. |
| **Violation Number 4** | **New criminal conduct, Dispensing of Prescription Medication Without a License, occurring on December 4, 2012, while on supervision in violation of the conditions of supervision**: On December 4, 2012, the defendant dispensed Morphine tablets without a license. As a result, he was placed under arrest for the offense under St. Lucie County Circuit Court Docket No. 2012-CF-003612. |
| **Violation Number 5** | **New criminal conduct, Trafficking in Oxycodone, occurring on December 6,** |

> **2012, while on supervision in violation of the conditions of supervision**: On December 6, 2012, the defendant was found in possession of two 30 mg Oxycodone tablets; a blue pill bottle containing 9 acetaminophen/oxycodone hydrochloride tablets; sixty-eight 50 mg Oxycodone tablets; and a drug ledger. As a result, he was placed under arrest for the offense by the St. Lucie County Sheriff's Office under St. Lucie County Circuit Court Docket No. 2012-CF-003614.

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Numbers 3 and 4 as set forth in the Petition. The government announced that it agreed to seek dismissal of Violation Numbers 1, 2 and 5 of the Petition at sentencing. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. The Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. Counsel for the parties agreed that the Court could take judicial notice of the Judgment and Sentence entered in State of Florida v. Ronald McKinney, Case Number 562012CF003612A, in the Circuit Court of the Nineteenth Judicial

Circuit in and for St. Lucie County, Florida. The Government introduced a certified copy of this Judgment as Government's Exhibit 1. This document shows the Defendant pleaded no contest to the charges of Sale of Morphine (Count One) and Sale or Delivery of Oxycodone (Count Two), both in violation of Florida Statute 893.13, and was adjudicated guilty on August 18, 2014. The parties stipulated, and the Court finds, that this certified judgment establishes a sufficient basis to support the Defendant's admission to Violation Numbers 3 and 4 as set forth in the Petition.

4.  The possible maximum penalties faced by the Defendant were read into the record by the government, and Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admission to Violation Numbers 3 and 4 of the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Numbers 3 and 4, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

At the July 14th hearing, the parties agreed to an abbreviated time frame for filing objections to this Report and Recommendation, if any, with the Honorable Donald L. Graham, the

United States District Judge assigned to this case. Based on this request, the parties shall file objections to this Report and Recommendation, if any, by 12:00 p.m. on Thursday, July 20, 2017. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 17th day of July, 2017.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Carmen Lineberger
AFPD Fletcher Peacock
U.S. Probation (USPO Beau McGhee)